# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

KEITH LAMAR,

:

    Petitioner,                                 Case No. 1:04-cv-541

                                       :        District Judge Thomas M. Rose
    -vs-                                       Chief Magistrate Judge Michael R. Merz

TODD ISHEE, Warden,

:

    Respondent.

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

       The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #41), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on April 20, 2005, hereby ADOPTS said Report and Recommendations.

       It is therefore ORDERED that Respondent's Motion to Dismiss on statute of limitations grounds is denied without prejudice to its renewal after decision in *Lopez v. Wilson*, 366 F. 3d 430 (6th Cir. 2004) (granting rehearing *en banc*).

May 3, 2005                                                s/**THOMAS M. ROSE**

                                                                          _____

                                                                          THOMAS M. ROSE
                                                                          UNITED STATES DISTRICT COURT