# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

KEITH LAMAR,

        Petitioner,

Case No. 1:04-cv-541

  -vs-

District Judge Thomas M. Rose
Chief Magistrate Judge Michael R. Merz

TODD ISHEE, Warden,

        Respondent.

## DECISION AND ORDER GRANTING PETITIONER'S MOTION TO CONDUCT ADDITIONAL DISCOVERY

This case is before the Court on Petitioner's Motion to Conduct Additional Discovery (Doc. No. 130) which Respondent opposes (Doc. No. 132).

Without engaging in the fine-grained analysis of the state of Petitioner's *Brady* claim(s) to which Respondent has invited the Court, the Petitioner's Motion will be granted on what Respondent's counsel refers to as a "no harm to Respondent" basis (See Doc. No. 132 at 2). Petitioner may depose Lieutenant Howard Hudson of the Ohio Highway Patrol on the existence *vel non* of additional prisoner statements. Said deposition shall be taken not later than October 15, 2006. The time within which Petitioner shall file any motion for evidentiary hearing is extended, *sua sponte*, to and including November 1, 2006.

September 18, 2006.

                                                  s/ Michael R. Merz
                                        Chief United States Magistrate Judge