**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

**KEITH LAMAR,**

                Case No. 1-:04-CV-541

          **Petitioner,**

**-vs-**

                **Judge Thomas M. Rose**

**TODD ISHEE, Warden,**

                **Magistrate Judge Michael R. Merz**

          **Respondent.**

_____

**ENTRY AND ORDER OVERRULING LAMAR'S OBJECTIONS (Doc. #181) TO MAGISTRATE JUDGE MERZ'S REPORT AND RECOMMENDATIONS (Doc. 176); ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (Doc. #176) AS CORRECTED (Doc. #86) IN ITS ENTIRETY AND DENYING LAMAR'S PETITION FOR A WRIT OF HABEAS CORPUS**
_____

       This matter is before the Court pursuant to Petitioner Keith LaMar's Objections (doc. #181) to the Report and Recommendations of Magistrate Judge Michael R. Merz (doc. #176). This Report and Recommendations addresses LaMar's Petition for a Writ of Habeas Corpus. On December 20, 2010, Magistrate Judge Merz issued a Correction to his Report and Recommendations that corrects a date in the Procedural History section but has no impact on the analysis.

       As required by 28 U.S.C. §636(b) and Federal Rules of Civil Procedure Rule 72(b), the District Judge has made a de novo review of the record in this case. Upon said review, the Court finds that LaMar's Objections to the Magistrate Judge's Report and Recommendations are not well-taken, and they are hereby OVERRULED. The Magistrate Judge's Report and Recommendations, as corrected, is adopted in its entirety.

Each of LaMar's twenty-five (25) grounds for relief have been fully considered and none warrant the relief that he requests. Therefore, LaMar's Petition for a Writ of Habeas Corpus is DENIED.

**DONE** and **ORDERED** in Dayton, Ohio, this Thirteenth Day of January, 2011.

.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record