# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

KEITH LAMAR,

        Petitioner,    :    Case No. 1:04-cv-541

- vs -    District Judge Thomas M. Rose
    Magistrate Judge Michael R. Merz

ED SHELDON, Warden,
 Ohio State Penitentiary,

    :

        Respondent.

## RECOMMITTAL ORDER

This capital habeas case is before the Court on the Warden's Appeal (ECF No. 237) of the Magistrate Judge's Decision and Order Granting Petitioner's Motion for Authorization to Appear in State Court (ECF No. 236). A number of filings have occurred since the Appeal was filed (ECF Nos. 238-45).

The District Judge has preliminarily considered the Appeal and believes the issues it raises will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental memorandum analyzing the Appeal and making recommendations based on that analysis.

February 9, 2018                                                      *s/Thomas M. Rose

                                                                                   Thomas M. Rose
                                                                      United States District Judge