# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| KEITH LAMAR, : | |
| Petitioner, | Case No. 1:04-cv-541 |
| - vs - | District Judge Thomas M. Rose<br>Magistrate Judge Michael R. Merz |
| WARDEN, Ohio State Penitentiary, | |
| Respondent. : | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS ON APPEAL

The Court has reviewed the Report and Recommendations on Appeal of United States Magistrate Judge Michael R. Merz (ECF No. 247), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations on Appeal.

Accordingly, it is hereby ORDERED that the Appeal filed to the Magistrate Judge's Decision and Order Granting Petitioner's Counsel Authorization to Appear in State Court (ECF No. 236) be DISMISSED AS MOOT.

March 1, 2018  *s/Thomas M. Rose
                            Thomas M. Rose
                         United States District Judge