# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

KEITH LAMAR,

Petitioner, : Case No. 1:04-cv-541

- vs - District Judge Thomas M. Rose
Magistrate Judge Michael R. Merz

BRYAN PALMER, WARDEN,
Ohio State Penitentiary,

:

Respondent.

## DECISION AND ORDER

This capital habeas corpus case is before the Court on Petitioner's Renewed Motion to Locate, Preserve, and Scan Trial Counsel's File (Hearing Exhibits 39A and 39B)(ECF No. 264). The Motion is unopposed. It reports that Bryant Palmer has become Petitioner's custodian. Accordingly, pursuant to Fed.R.Civ.P. 25, he is substituted for Todd Ishee as Respondent and the caption is amended as set forth above.

While Petitioner has proposed a method for accomplishing preservation of the referenced exhibits, the Court, in the exercise of its discretion, orders as follows:

(1) the Clerk shall identify and note on the docket the present location[1] of Hearing Exhibits

[1] The Notice of Filing of the exhibits indicates they were stored with the remainder of the Lamar file in the locked

39A and 39B (Carson Deposition Exhibits A and B; ECF No. 128);

(2) Exhibits 39A and 39B, and the other Carson deposition exhibits listed in ECF No. 128, shall be preserved and shall not be disposed of under S.D. Ohio Civ. R. 79.2 pending further order of the Court;

(3) If Petitioner's counsel desire to have those documents digitized and copied, they shall make arrangements to have that done by Clerk's Office staff at the regular fee charged for that service by the Clerk;

(4) Whether or not counsel have the documents digitized, they are of course free to examine them as necessary for their representation of Petitioner;

(5) Counsel shall schedule the review with Clerk's Office personnel at a mutually agreeable time by contacting Case Management Supervisor Scott Miller (614-719-3014) and notify opposing counsel of the time and place.

November 23, 2026.

s/ *Michael R. Merz*
United States Magistrate Judge

room designated for death penalty files created on the fifth floor of the Walter H. Rice Federal Building and United States Courthouse in 2005. A staff note dated June 19, 2023, indicates the Lamar files, along with all other death penalty files stored in that room, were removed from the room and transported to the Joseph P. Kinneary Courthouse in Columbus. At the direction of then-Chief Judge Algenon L. Marbley the space was then attached to the chambers of United States District Judge Michael J. Newman for use at his discretion.